Doyle MASSONGILL *v.* COUNTY of SCOTT, Arkansas;
Booster Hawkins, In His Capacity as Scott County Judge; The
Scott County Quorum Court; and Jimmy Helen Storms, Billy
Wayne Wagner, Tom Garrison, Randy Godfrey, Lloyd
Hattabaugh, Joyce Holleman, Terry McMellon, Johnny Faye
Owens, and Dwayne Wadkins, Individually and In Their
Representative Capacities as Members of the Scott County
Quorum Court

96-922                                                938 S.W.2d 856

Supreme Court of Arkansas
Opinion delivered March 10, 1997

*Oscar Stilley*, for appellant.

No response.

PER CURIAM. The motion for disqualification or recusal of
Supreme Court justices filed by appellant Doyle Massongill is
denied. Appellant also requests a hearing "[i]f the Justices choose
not to recuse without a hearing." We find appellant's request for a
hearing after denial of the motion to be inconsistent. The pur-
pose of a hearing is to consider the merits of a motion *before* mak-
ing a decision. Therefore, appellant's request for a hearing "if
the Justices choose not to recuse" is denied on grounds of
mootness.